RECEIVED

JUN 2 0 2016 RC
JUN 20 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

U.S. District Court
Northern District of Illinois
Eastern Division

**16-cv-06388**
**Judge Ronald A. Guzman**
**Magistrate Judge Mary M. Rowland**

William T. Sherrod Jr
    Petitioner/Plaintiff

    v

Dorothy Brown
    Respondent/Defendant

Date Drafted: *6.16.16*
Date Sent: *6.16.16*

## PETITION FOR RELIEF OF JUDGMENT

NOW COMES THE PETITIONER, MR. WILLIAM T. SHERROD JR, pro se, and moves this HONORABLE COURT, pursuant to Fed.R.Civ.P 60 (b)(4) and (6), 42 U.S.C : Section 1983 and pursuant to law, to vacate void judgment, Petitioner, states the following:

**TO THE HONORABLE COURT:**

***Ex Parte Standard:***

There are no provisions of the Federal Rules of Civil Procedure governing ex parte papers. Customarily, ex parte papers include: (1) the ex parte application, providing a short statement of the relief sought and the grounds on which the application is based; (2) a memorandum of points and authorities supporting the application, including any evidentiary declarations; (3) a declaration regarding notice to the opposing party; and (4) a proposed order.

I, The Plaintiff, William T. Sherrod Jr, pro se, in the above entitled action apply to the

Court for an ex parte order to vacate void judgment of conviction of the state court or in

the alternative 42 U.S.C. : 1983 to vacate void judgment.

I contacted opposing the counsel/unrepresented party and informed her of this ex parte request. ***See Declaration pp 3***.     - 1 -

_____ Opposing/Unrepresented party indicated that she would oppose ex application.

Opposing counsel/unrepresented party's reasons for opposing the ex parte application are:

**Plf, will promptly inform the Court of Def.'s response, as soon as she responds to his letter of intent to file.**

indicated that he or she would not oppose the ex parte application.
_____ was unreachable. I made the following unsuccessful attempts to reach opposing counsel/unrepresented party

*This Petition/ex parte application/42 U.S.C :1983 is based upon a Memorandum of*

*Points and Authorities, Declaration in Support, the complete files and records in this*

*action, and upon such oral and documentary evidence as may be allowed at the*

*hearing of this motion.*

Respectfully Submitted,

/s/ **_William T. Sherrod Jr_**
   Mr. William T. Sherrod Jr
   9047 16th Ave-102
   Kenosha, WI 53143
   yahsprince100@gmail.com
   224.302.2346